UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10659
  DANIEL NUNEZ

                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-5985

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/29/08 .

    2.  The case was dismissed without confirmation, 05/30/2008.

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR              , was allowed $    .00
and was paid $    .00 .

The Trustee received $    .00 .

Refunds to the Debtor totaled $    .00 .

  Dated: 08/20/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

```
                               PAGE  2
      CASE NO. 08 B 10659 DANIEL NUNEZ
```